May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

### IN THE MATTER OF THE MARRIAGE OF JAMES ROBERT MUGFORD AND LEANNA MARIA MUGFORD

NO. 14-16-00436-CV

_____

This cause, an appeal from the judgment in favor of appellee, James Robert Mugford, signed March 16, 2016, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to reflect appellant, Leanna Maria Mugford, is permitted to establish the minor child's primary residence within Calgary, Canada, and a fifty-mile outward radius.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.